■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CADOGAN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Queens County, dated June 9, 1969, which, *inter alia*, denied the application without a hearing. Order affirmed. Defendant's application to vacate his 1956 conviction was based upon a conceded *Bruton* error during his trial. In our opinion the direct proof of defendant's guilt was so overwhelming that there was no "reasonable possibility that the evidence

complained of might have contributed to the conviction"; hence, "the *Bruton* error must be characterized as harmless" (*People* v. *Baker*, 26 N Y 2d 169, 174). Christ, P. J., Munder, Martuscello, Latham and Kleinfeld, JJ., concur.